# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158019(103)
158020

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellant,

v

CHRISTOPHER WILEY,
　　　　Defendant-Appellee.

_____

SC: 158019
COA: 336898
Wayne CC: 95-002388-FC

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellant,

v

WILLIAM RUCKER,
　　　　Defendant-Appellee.

_____/

SC: 158020
COA: 338870
Wayne CC: 92-014245-FC

　　　　On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before August 24, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2018



Clerk